880 A.2d 568

**Larry Lee FOSTER, Appellee,**

**v.**

**COMMONWEALTH OF PENNSYLVANIA,
Department of Transportation, Bureau
of Driver Licensing, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 22, 2004.

Decided Aug. 15, 2005.

---

620

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of August, 2005, the decision of the Commonwealth Court is REVERSED. *See Alexander v. Commonwealth, Department of Transportation,* 583 Pa. 592, 880 A.2d 552 (2005), J–167–2004.